## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

PHILLIP A. WILLIAMS,

    *Plaintiff*,

v.                                **Case No.: 4:20cv409-MW/MJF**

JOHN HANCOCK INSURANCE,
et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to comply with orders of this Court." The Clerk shall close the file.

**SO ORDERED on June 24, 2021.**

                                s/Mark E. Walker
                                **Chief United States District Judge**